

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BLUEFIELD**

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. _1:25-cr-14_
                                      18 U.S.C. § 2315

**JOSHUA RYAN SNEED**

## I N F O R M A T I O N

The United States Attorney Charges:

On or about March 15, 2024, at or near Bluefield, Mercer County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant JOSHUA RYAN SNEED received, possessed, concealed, stored, and disposed of money of the value of $5,000 or more, that is, $37,761.00 in United States currency, which crossed a State boundary after being stolen, unlawfully converted, and taken, knowing the same to have been stolen, unlawfully converted, and taken.

In violation of Title 18, United States Code, Section 2315.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney